CAROLYN PHILLIPS,         #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559) 248-9833
cdp18@sbcglobal.net

Attorney for Defendant Alan Charles Kamykowski

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-mj-00193 BAM |
|---|---|
| Plaintiff, | (Case No. 3:19-cr-03374-AJB) |
| v. | CORRECTED MOTION TO EXONERATE BOND AND ORDER |
| ALAN CHARLES KAMYKOWSKI, | |
| Defendant. | |
| _____ | |

In October 2019 Alan Kamykowski was arrested in the Eastern District of California on an out-of-district warrant from the Southern District of California.  On October 11, 2019, Magistrate Judge Barbara A. McAuliffe ordered Mr. Kamykowski released on an unsecured Appearance and Compliance Bond of $100,000, net worth of

CORRECT MOTION FOR EXONERATION OF BOND AND ORDER

1

1  real estate property, co-signed by his stepfather Roger Wood and secured by $100,000.

2  Doc. 13.  That bond was confirmed in the United States District Court for the Southern

3  District of California, Case No. 3:19-cr-03374- AJB, and exonerated December 13, 2021,

4  by the Minute Order of Magistrate Judge Karen S. Crawford, following Mr. Kamykowski's

5  plea and sentence for a misdemeanor violation of 21 U.S.C. § 844, possession of

6  methamphetamine.  See attached Case Dkt. U.S. District Court for the Southern District

7  of California, Case No. 3:19-cr-03374- AJB, Docs. 511, 514.

   Accordingly, Mr. Kamykowski hereby moves to exonerate the unsecured bond

9  co-signed by his stepfather Roger Wood and that the Court release the security.

11  Dated: November 29, 2023       Respectfully submitted,

                                   /s/ Carolyn D. Phillips
12                                 CAROLYN D. PHILLIPS
                                   Attorney for Defendant
13                                 ALAN CHARLES KAMYKOWSKI

ORDER

*CORRECT MOTION FOR EXONERATION OF BOND AND ORDER*

2

The Court finds that on October 11, 2019, Mr. Kamykowski posted an Appearance and Compliance Bond of $100,000, based upon the net worth of real estate property, cosigned by Roger Wood. The Court further finds that the bond was confirmed in the United States District Court for the Southern District of California, Case No. 3:19-cr-03374- AJB, and exonerated December 13, 2021, by the Minute Order of Magistrate Judge Karen S. Crawford, following Mr. Kamykowski's plea and sentence for a misdemeanor violation of 21 U.S.C. § 844, possession of methamphetamine.  Mr. Kamykowski has satisfied all of his pre-trial release obligations to the Court.

THEREFORE, it is hereby ORDERED that the $100,000 unsecured bond (Doc. 13) is hereby exonerated.  The Clerk of this Court does not hold any collateral or funds in this matter for disbursement.

IT IS SO ORDERED.

Dated:   **November 29, 2023**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

*CORRECT MOTION FOR EXONERATION OF BOND AND ORDER*

3